UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DERICK OWUSU,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TERRIE L. MATSEN, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:19-cv-05119-BJR-TLF<br><br>ORDER GRANTING MOTION TO EXTEND SUMMARY JUDGMENT RESPONSE DEADLINE AND RE-NOTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on Plaintiff Derick Owusu's motion to extend the time to respond to Defendants' pending motion for summary judgment to February 6, 2021. Dkts. 34, 35. Defendants do not oppose Plaintiff's motion. Dkts. 36, 39.

Therefore, it is **ORDERED** as follows:

(1) Plaintiff's response to Defendants' motion for summary judgment shall be filed on or before February 6, 2021; and

(2) The Clerk shall re-note Defendants' motion for summary judgment, Dkt. 29, for February 12, 2021.

Dated this 29th day of December, 2020.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING MOTION TO EXTEND SUMMARY JUDGMENT RESPONSE DEADLINE AND RE-NOTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
- 1