UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DERICK OWUSU,<br><br>                    Plaintiff,<br><br>  v.<br><br>TERRIE L. MATSEN, et al.,<br><br>                    Defendants. | No. 3:19-cv-5119-BJR-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE |

This matter is before the Court on a Report and Recommendation by the Honorable Theresa L. Fricke, United States Magistrate Judge, on Defendants' Motion for Summary Judgment.  No party has filed objections to the Report and Recommendation.  Having reviewed the Report and Recommendation and the balance of the record in this case, the Court ORDERS as follows:

(1) The Court adopts and approves the Report and Recommendation (Dkt. No. 60);

(2) Defendants' Motion for Summary Judgment (Dkt. No. 29) is GRANTED;

(3) Plaintiff's amended complaint is DISMISSED without prejudice; and

(4) Plaintiff's *in forma pauperis* status is REVOKED for purposes of any appeal.

Dated:  October 4, 2021

                                                        _____
                                                        Barbara Jacobs Rothstein
                                                       U.S. District Court Judge

ORDER - 1